U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

AUG 20 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMPASS BEHAVIORAL CENTER, LLC, ET AL., | CIVIL ACTION NO.: 15-CV-01441 |
| VERSUS | JUDGE: RICHARD T. HAIK, SR. |
| MAGELLAN HEALTH, INC. F/K/A MAGELLAN HEALTH SERVICES, INC.; MAGELLAN HEALTHCARE, INC. F/K/A MAGELLAN BEHAVIORAL HEALTH, INC.; MAGELLAN BEHAVIORAL HEALTH SYSTEMS, LLC | MAGISTRATE JUDGE: C. MICHAEL HILL |

## ORDER GRANTING MAGELLAN'S REQUEST PURSUANT TO LR 43.1 TO PRESENT LIVE TESTIMONY AT HEARING

Defendants Magellan Health, Inc. f/k/a Magellan Health Services, Inc.; Magellan Healthcare Inc. f/k/a Magellan Behavioral Health, Inc.; and Magellan Behavioral Health Systems, LLC's (collectively, "Magellan") Request Pursuant to Local Rule 43.1 to Present Live Testimony at Hearing was filed with this Court on May 15, 2015.

Having considered Magellan's request and for good cause shown IT IS HEREBY ORDERED THAT Magellan's Request Pursuant to Local Rule 43.1 to Present Live Testimony at Hearing is GRANTED.

LAACTIVE-601833089.1

It is FURTHER ORDERED that the following witnesses will be permitted to give oral testimony at the hearing of Plaintiffs' motion for a preliminary injunction on ~~May 22, 2013~~: August 31, 2015, 8**

1. Mary Hamilton

2. Craig Coenson, M.D.

DATED: Aug 19, 2015

_____
United States District Judge