# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Compass Behavioral Center LLC, et al | Civil Action 6:15-cv-01441 |
| versus | Judge Richard T. Haik, Sr. |
| Magellan Health Inc., et al | Magistrate Judge Carol B. Whitehurst |

## ORDER

It has come to the Court's attention that Magistrate Judge Whitehurst must recuse herself from this matter pursuant to 28 U.S.C. §455(b)(4).  Therefore, this case shall be referred to Chief Judge Dee D. Drell for reassignment.

**THUS DONE AND SIGNED** in Lafayette, La, this 23rd day of October, 2015.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE